Donald **CHRISTIANSON**

v.

**STATE** of Maine et al.

Supreme Judicial Court of Maine.

April 11, 1967.

Donald Christianson, pro se.

Courtland D. Perry, Asst. Atty. Gen., Augusta, for appellee.

Before WEBBER, TAPLEY, MARDEN, DUFRESNE and WEATHERBEE, JJ.

PER CURIAM.

This was an appeal from the dismissal of a petition for the writ of mandamus. In dismissing the petition the Justice below accurately stated that "the petition does not set forth any proper or lawful ground for issuance of the writ as prayed for."

Appeal denied.

WILLIAMSON, C. J., did not sit.